AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| RICK YANCEY | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| SHARKMATIC ADVERTISING, et al. | ) ) | SA10CA0606 FB |
| *Defendant* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Howie Nestel - Owner
SHARKMATIC ADVERTISING
112 Rivera Drive
San Antonio, Texas 78213


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Edward W. Goldstein
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, TX 77027-902
Telephone: 713-877-1515
Email: egoldstein@gfpiplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: JUL 2 0 2010

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| RICK YANCEY | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| SHARKMATIC ADVERTISING, et al. | ) ) ) | SA10CA0606 FB |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kathy Bearden-Porter (CEO/Managing Partner)
D.J.'S FUND RAISING OF TEXAS
301 Main Plaza # 339
New Braunfels, Texas 78130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward W. Goldstein
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, TX 77027-902
Telephone: 713-877-1515
Email: egoldstein@gfpiplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 2 0 2010

Date: _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| RICK YANCEY | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| SHARKMATIC ADVERTISING, et al. | ) ) ) | SA10CA0606 FB |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ISTOCKPHOTO LP
Ministry of Justice of the Province of Alberta
1240-20th Avenue S.E., Suite 200
Calgary, Alberta T2G1M8
CANADA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward W. Goldstein
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, TX 77027-902
Telephone: 713-877-1515
Email: egoldstein@gfpiplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 2 0 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

RICK YANCEY

*Plaintiff*

v.   Civil Action No.

SHARKMATIC ADVERTISING, et al.

*Defendant*

SA10CA0606 FB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CLEAR VISIONS, INC.
c/o Rigistered Agent - Capitol Corporate Services, Inc.
800 Brazos, Suite 400
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward W. Goldstein
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, TX 77027-902
Telephone: 713-877-1515
Email: egoldstein@gfpiplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 2 0 2010

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| RICK YANCEY <br><br> *Plaintiff* <br><br> v. <br><br> SHARKMATIC ADVERTISING, et al. <br><br> *Defendant* | ) ) ) ) ) Civil Action No. ) ) ) ) |

SA10CA0606 FB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TEXAS STEAK EXPRESS
c/o Rigistered Agent - Kyle Walker
5217 US Highway 277 South
Abilene, TX 79605-4542

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Edward W. Goldstein
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, TX 77027-902
Telephone: 713-877-1515
Email: egoldstein@gfpiplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 2 0 2010

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*