# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| **WILLIAM G. PUTNICKI** | **WESTERN DISTRICT OF TEXAS** | **(210)472-6550** |
| **CLERK OF COURT** | **JOHN H. WOOD, JR., U.S. COURTHOUSE** | |
| | **655 E. DURANGO BOULEVARD** | |
| | **SAN ANTONIO, TEXAS  78206** | |

July 21, 2010

Jody M. Goldstein
Goldstein, Faucett
1177 West Loop South
Suite 400
Houston, TX 77027

Re:    Civil Case No. SA-10-CV-0606

Yancey v. Sharkmatic Advertising, et al.

Dear Counsel:

Our records indicate that you are not admitted to practice in this Court.  Western District of
Texas  Local Court Rule AT-1(f)(1)  states:

> In General: An attorney who is licensed by the highest court of a
> state or another federal district court, but who is not admitted to
> practice before this court, may represent a party in this court pro
> hac vice only by permission of the judge presiding.  Unless
> excused by the judge presiding, an attorney is ordinarily required to
> apply for admission to the bar of this court.

If you are representing a party, please submit a motion requesting the Court's permission to
appear in the above captioned case.  If you wish to file an application to be admitted in the
Western District of Texas, the application  forms and the Local Rules for the Western District of
Texas  are available on our website www.txwd.uscourts.gov.  If you are an attorney who
maintains his or her office outside  the Western District of Texas, the judge may require you to
designate local counsel.  (Local Rule AT-2).

If you have any questions  please contact our office.

Sincerely,

WILLIAM G. PUTNICKI, Clerk
United States District Court

By:   _____
Kriston Hunt, Deputy Clerk